**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**SOLOMON UUPSHAW**
        **Plaintiff**

    **V.**

**CITY OF BOSTON**
        **Defendant**

**CIVIL ACTION**

**NO. 17-11265-DJC**

### ORDER OF DISMISSAL

**CASPER, J.**

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on March 26, 2018, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                                              By the Court,

                                              /s/ Lisa M. Hourihan

                                              Deputy Clerk

**April 18, 2018**